IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ) <br> UNIVERSAL IMAGING, INC. ) <br> ) <br> Respondent. ) <br> ) <br> _____ ) | **Case: 2:09-mc-50995** <br> **Judge: Tarnow, Arthur J** <br> **MJ: Whalen, R. Steven** <br> **Filed: 08-27-2009 At 09:02 AM** <br> **IN RE: PETITION TO ENFORCE SUBPOENA** <br><br> FILED <br> AUG 27 2009 <br> CLERK'S OFFICE <br> U.S. DISTRICT COURT <br> EASTERN MICHIGAN |

## ORDER TO SHOW CAUSE

This matter having come before the Court on a Petition by the United States for Enforcement of an Inspector General Subpoena and a Request for an Order to Show Cause why a subpoena issued to the respondent, Universal Imaging, Inc., should not be judicially enforced, and the Court having considered petitioner's request for an order to show cause and being fully advised of its basis,

IT IS ORDERED that respondent Universal Imaging, Inc. shall, within fifteen (15) days of the date of this Order, file and serve upon Petitioner an Answer to the aforesaid Petition showing cause why this Court should not grant the Petition and enter an Order requiring the respondent to appear before a designated official of the Department of Health and Human Services Office of Inspector General to produce all books, papers, records, and other documents in accordance with a subpoena duces tecum issued by the Department of Health and Human Services Office of Inspector General, and

IT IS FURTHER ORDERED that petitioner shall have seven (7) days thereafter in which to serve and file any reply thereto; and

IT IS FURTHER ORDERED that no discovery shall be had in this matter until further order of Court; and

IT IS FURTHER ORDERED that copies of this Order, together with copies of the aforesaid petition, affidavit, and memorandum in support shall be served upon the respondent in the manner prescribed by law.

Dated this 27th day of ~~September,~~ August 2009.

BY THE COURT:

ARTHUR J. TARNOW
United States District Judge

A TRUE COPY
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY _____
DEPUTY CLERK

2