IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | MISC. NO. 2:09-mc-50995 |
| v. | ) | Honorable Arthur J. Tarnow |
| | ) | Honorable Steven R. Whalen |
| | ) | |
| UNIVERSAL IMAGING, INC. | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

ORDER

Upon consideration of the United States' motion for summary enforcement of a subpoena issued by the Special Agent in Charge, Office of the Regional Inspector General of the Department of Health and Human Services, pursuant to section 6(a)(4) of the Inspector General Act of 1978, dated October 6, 2008, and upon a determination that the investigation is within the authority of the Inspector General and the records sought are relevant to the inquiry, it is hereby ordered that the United States' motion is GRANTED. Respondent Universal Imaging, Inc. shall produce within 15 days of the date of this order the following, pursuant to paragraphs 18 and 22-25 of the subpoena:

      1.  All records, electronic or otherwise, reflecting or consisting of communications with referring physicians or physicians in a position to make referrals to Universal Imaging, Inc., including, but not limited to, emails, correspondence, notes of telephone conversations, electronic records, contracts or agreements not heretofore produced, and diaries, and excluding only records relating solely to individual named patients; and

      b.  All records, electronic or otherwise, reflecting, or connected in any way to,

payments or transfers of other items of value to physicians, and the basis or calculation, if any, for each such payment or transfer of value.

This order is without prejudice to the existing agreement between the parties as to the production of hard copy medical records upon a schedule to be established by the government and agreed to by the parties.

BY THE COURT:

S/ARTHUR J. TARNOW
Arthur J. Tarnow
United States District Judge

Dated:  October 22, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 22, 2009, by electronic and/or ordinary mail.

S/THERESA E. TAYLOR
Case Manager